

Activity in Case 1:08-cv-05096-ENV Salnave v. Ercole et al Electronic Index to Record on
Appeal
ecf_bounces
to:
nobody
08/05/2014 10:58 AM
Hide Details
From: ecf_bounces@nyed.uscourts.gov
To: nobody@nyed.uscourts.gov,

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 8/5/2014 at 10:57 AM EDT and filed on 8/5/2014
**Case Name:**         Salnave v. Ercole et al
**Case Number:**       1:08-cv-05096-ENV
**Filer:**
**WARNING: CASE CLOSED on 07/07/2014**
**Document Number:**   No document attached

**Docket Text:**
**Electronic Index to Record on Appeal sent to US Court of Appeals. [23] Notice of Appeal
Documents are available via Pacer. For docket entries without a hyperlink or for
documents under seal, contact the court and we'll arrange for the document(s) to be
made available to you. (McGee, Mary Ann)**

**1:08-cv-05096-ENV Notice has been electronically mailed to:**

NEW YORK STATE ATTORNEY GENERALS OFFICE - GENERIC     alyson.gill@ag.ny.gov,
Arlene.Roces@ag.ny.gov

Lawrence T. Hausman     thausman@legal-aid.org

Rebecca Lynne Height     rlheight@queensda.org

QUEENS COUNTY DISTRICT ATTORNEYS OFFICE - GENERIC     jmcastellano@queensda.org,
jgtraill@queensda.org

APPEAL,HABEAS,IFP,MJSELECT–RER

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08–cv–05096–ENV
## *Internal Use Only*

| | |
|---|---|
| Salnave v. Ercole et al | Date Filed: 12/18/2008 |
| Assigned to: Judge Eric N. Vitaliano | Date Terminated: 07/07/2014 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Lucien Salnave**                                     represented by    **Nancy Ellen Little**
                                                                        The Legal Aid Society
                                                                        120–46 Queens Blvd.
                                                                        Kew Gardens, NY 11415
                                                                        718–286–2262
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Lawrence T. Hausman**
                                                                        The Legal Aid Society
                                                                        199 Water Street
                                                                        5th Floor
                                                                        New York, NY 10038
                                                                        212–577–7989
                                                                        Fax: 212–577–3526
                                                                        Email: thausman@legal–aid.org
                                                                        *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Robert Ercole**                                      represented by    **NEW YORK STATE ATTORNEY
                                                                        GENERALS OFFICE – GENERIC**
                                                                        New York State Attorney Generals Office
                                                                        Email: alyson.gill@ag.ny.gov
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **QUEENS COUNTY DISTRICT
                                                                        ATTORNEYS OFFICE – GENERIC**
                                                                        Email: jmcastellano@queensda.org
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Rebecca Lynne Height**
                                                                        Queens District Attorney's Office
                                                                        125–01 Queens Boulevard
                                                                        Kew Gardens, NY 11415
                                                                        718–286–6541
                                                                        Fax: 718–286–5820
                                                                        Email: rlheight@queensda.org
                                                                        *ATTORNEY TO BE NOTICED*

**Respondent**

**Andrew Cuomo**                                       represented by    **NEW YORK STATE ATTORNEY
                                                                        GENERALS OFFICE – GENERIC**
                                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**QUEENS COUNTY DISTRICT**
**ATTORNEYS OFFICE – GENERIC**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Lynne Height**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2008 | 1 | PETITION for Writ of Habeas Corpus, filed by Lucien Salnave. (Attachments: # 1 Civil Cover Sheet, # 2 IFP) (Davis, Kimberly) (Entered: 12/22/2008) |
| 12/18/2008 |  | (Court only) ***Magistrate Judge Reyes chosen by random selection to handle matters that may be referred in this case. (Davis, Kimberly) (Entered: 12/22/2008) |
| 12/18/2008 |  | (Court only) ** Case set to IFP status. (Davis, Kimberly) (Entered: 12/22/2008) |
| 12/22/2008 | 2 | Proposed Scheduling Order *for petitioner's memorandum of law in support of the petition* by Lucien Salnave (Hausman, Lawrence) (Entered: 12/22/2008) |
| 01/23/2009 | 3 | ORDER re 2 Proposed Scheduling Order for petitioner's memorandum of law in support of the petition to have until February 27, 2009 to be filed: Application Granted. Ordered by Judge Eric N. Vitaliano on 1/22/2009. (Brucella, Michelle) (Entered: 01/23/2009) |
| 02/27/2009 | 4 | MEMORANDUM in Support *of habeas corpus petition* filed by Lucien Salnave. (Hausman, Lawrence) (Entered: 02/27/2009) |
| 04/15/2009 |  | (Court only) ***Attorney QUEENS COUNTY DISTRICT ATTORNEYS OFFICE – GENERIC for Robert Ercole and Andrew Cuomo, NEW YORK STATE ATTORNEY GENERALS OFFICE – GENERIC for Robert Ercole and Andrew Cuomo added. (Galeano, Sonia) (Entered: 04/15/2009) |
| 04/15/2009 | 5 | ORDER TO SHOW CAUSE, ifp granted. The Court orders the Atty General of the State of NY or the D.A. of Queens County as attorney for respondent to show cause by the filing of a response to the petition, why a writ of habeas corpus should not be issued. Within 60 days, 6/9/09 of receipt of this order, respondent shall serve a copy of its response on the petitioner. Respondent shall submit records to the Court at the time of filing its response, regardless of the grounds asserted for dismissal. Petitioner, within 30 days, 7/13/09, of receipt of a copy of the response, shall file a reply, if any. (Electronic Service upon Respondents) c/m Ordered by Judge Eric N. Vitaliano on 4/08/2009. (Galeano, Sonia) (Entered: 04/15/2009) |
| 05/29/2009 | 6 | Letter MOTION for Extension of Time to File Response/Reply *until July 9, 2009* by Robert Ercole. (Height, Rebecca) (Entered: 05/29/2009) |
| 06/02/2009 | 7 | ORDER granting 6 Motion for Extension of Time to File Response/Reply until July 9, 2009. Ordered by Judge Eric N. Vitaliano on 6/1/2009. (Brucella, Michelle) (Entered: 06/02/2009) |
| 07/09/2009 | 8 | AFFIDAVIT in Opposition *and memorandum of law to petition for a writ of habeas corpus* by Robert Ercole, Andrew Cuomo. (Height, Rebecca) (Entered: 07/09/2009) |
| 07/09/2009 | 9 | Letter *informing Court that a courtesy copy of the State's response and a copy of the state court record has been filed* by Robert Ercole, Andrew Cuomo (Height, Rebecca) (Entered: 07/09/2009) |
| 07/09/2009 | 10 | AFFIDAVIT of Service *by mail*, filed by Robert Ercole, Andrew Cuomo. (Height, Rebecca) (Entered: 07/09/2009) |

| 07/13/2009 | 11 | STATE COURT RECORD Received from Stats Supreme Court: Queens County. Various documents attached. (Credle, Rita) (Entered: 07/13/2009) |
|---|---|---|
| 08/05/2009 | 12 | Letter MOTION for Extension of Time to File Response/Reply *in support of habeas petition* by Lucien Salnave. (Hausman, Lawrence) (Entered: 08/05/2009) |
| 08/06/2009 | | ENDORSED ORDER on doc. #12, granting 12 Motion for Extension of Time to File Response/Reply. (Ordered by Judge Eric N. Vitaliano on 8/5/2009) c/m (Galeano, Sonia) (Entered: 08/06/2009) |
| 09/03/2009 | 13 | Letter MOTION for Extension of Time to File Response/Reply *in Support of Petition* by Lucien Salnave. (Hausman, Lawrence) (Entered: 09/03/2009) |
| 09/04/2009 | 14 | ORDER granting 13 Motion for Extension of Time to File Response/Reply in support of petition. Ordered by Judge Eric N. Vitaliano on 9/3/2009. (Brucella, Michelle) (Entered: 09/04/2009) |
| 09/09/2009 | 15 | REPLY in Support *of petiton for writ of habeas corpus* filed by Lucien Salnave. (Hausman, Lawrence) (Entered: 09/09/2009) |
| 11/13/2009 | 16 | Letter by Robert Ercole (Height, Rebecca) (Entered: 11/13/2009) |
| 11/09/2010 | 17 | MOTION to Amend/Correct/Supplement 1 Petition for Writ of Habeas Corpus *filed* by Lucien Salnave. (Galeano, Sonia) (Entered: 11/10/2010) |
| 11/09/2010 | 18 | AFFIDAVIT in Support of 17 MOTION to Amend/Correct/Supplement 1 Petition for Writ of Habeas Corpus filed by Lucien Salnave. (Galeano, Sonia) (Entered: 11/10/2010) |
| 11/09/2010 | 19 | MEMORANDUM OF LAW in Support of 17 MOTION to Amend/Correct/Supplement 1 Petition for Writ of Habeas Corpus filed by Lucien Salnave. (Galeano, Sonia) (Entered: 11/10/2010) |
| 01/25/2011 | | ORDER granting 17 Motion to Amend/Correct/Supplement. Petitioner shall have 60 days from receipt of this order to file his amended petition. Respondent shall then have 30 days from receipt of the amended petition to file its surreply, if any. Ordered by Judge Eric N. Vitaliano on 1/25/2011. (Snell, Tristan) (Entered: 01/25/2011) |
| 02/16/2011 | 20 | Letter dated 2/11/11 from Lucien Salnave to Judge Vitaliano, seeking the Court's guidance re: issues IV and V in his habeas corpus motion. Petitioner seeks to "amend his habeas corpus petition to include an issue recently returned to State Court with a Pro Se collateral motion pursuant to CPL 440.10 (1)(a)(h) on 3/22/10, to exhaust fundamental constitutional claim." (Galeano, Sonia) (Entered: 02/23/2011) |
| 06/15/2011 | | ORDER: In response to petitioner's letter 20 , petitioner is advised that the Court does not provide guidance to parties on legal issues. Petitioner shall have 30 additional days from receipt of this order to file his amended petition, pursuant to the Court's Order of 1/25/2011. No further extensions will be granted. Ordered by Judge Eric N. Vitaliano on 6/15/2011. (Snell, Tristan) (Entered: 06/15/2011) |
| 07/03/2014 | 21 | MEMORANDUM AND ORDER: For the foregoing reasons, Salnave's application for a writ of habeas corpus is denied and his petition is dismissed. Since petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue. 28 U.S.C. § 2253(c)(2). Additionally, the Court certifies pursuant to 28 U.S.C. § 1915(a) that anyappeal from this Memorandum and Order would not be taken in good faith, andtherefore in forma pauperis status is denied for the purpose of any appeal. SeeCoppedge v. United States, 369 U.S. 438, 444–45 (1962). The Clerk of Court is directed to enter judgment for respondent and to close this case. Ordered by Judge Eric N. Vitaliano on 6/19/2014. c/m (fwd for judgment) (Fernandez, Erica) Modified on 7/7/2014 (Fernandez, Erica). (Entered: 07/03/2014) |
| 07/07/2014 | 22 | CLERK'S JUDGMENT directing that Petitioners application for a writ of habeas corpus is denied; that the petition is dismissed; that a Certificate of Appealability shall not issue; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that in forma pauperis status is denied for the purpose any appeal. Ordered by Janet Hamilton, |

| | | Clerk of Court on 7/7/2014. c/m with appeal pkg (Fernandez, Erica) (Entered: 07/07/2014) |
|---|---|---|
| 08/04/2014 | 23 | NOTICE OF APPEAL 21 Memo and Order, 22 Judgment by Lucien Salnave. No fee paid. Appellant represented by Legal Aid Society. Service done electronically. Appeal Record due by 8/18/2014. (Hausman, Lawrence) Modified on 8/5/2014 (McGee, Mary Ann). (Entered: 08/04/2014) |
| 08/05/2014 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 23 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 08/05/2014) |